THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RYAN YARTE, an individual,<br><br>        Plaintiff,<br>v.<br><br>CHHJ SEATTLE, a Washington corporation,<br><br>        Defendant. | CASE NO. 2:18-cv-1033 RSL<br><br>~~PROPOSED~~ ORDER GRANTING PLAINTIFF LEAVE TO FILE FIRST AMENDED COMPLAINT |

### ORDER

The Court, having reviewed the records and files herein, and the foregoing stipulation, and deeming itself fully informed, hereby ORDERS, ADJUDGES and DECREES that Plaintiff is granted leave to file his First Amended Complaint removing the

---

~~PROPOSED~~ ORDER GRANTING PLAINTIFF
LEAVE TO FILE FIRST AMENDED COMPLAINT - 1
Case No.: 2:18-cv-1033 RSL

VANGUARD LAW, LLC
PO BOX 939
POULSBO WA  98370
Office (206) 488-8344

fifth and sixth causes of action.

DATED this 26th day of April, 2019.

_____
Honorable Robert S. Lasnik

Approved as to form;
Notice of presentation waived.

| VANGUARD LAW, PLLC | JONES LAW GROUP, PLLC |
|---|---|
| /s/ Spencer Nathan Thal<br>By_____<br>Spencer Nathan Thal, WSBA #20074<br>Vanguard Law, PLLC<br>PO Box 939<br>Poulsbo WA 98370<br>Phone: (206) 488-8344<br>Email: spencer@vanguardlawfirm.com | /s/ Marianne K. Jones<br>By_____<br>Marianne K. Jones, WSBA # 21034<br>Jordan E. Jones, WSBA # 52951<br>11819 NE 34th Street<br>Bellevue WA 98005<br>Phone: (425) 576-8899<br>Email: mlaw@joneslawgroup.com<br>Email: jordan.jones.law@gmail.com |
| Attorney for Plaintiff | Attorneys for Defendant |

PROPOSED ORDER GRANTING PLAINTIFF
LEAVE TO FILE FIRST AMENDED COMPLAINT - 2
Case No.: 2:18-cv-1033 RSL

VANGUARD LAW, LLC
PO BOX 939
POULSBO WA 98370
Office (206) 488-8344